# Amicus Management, Inc.
555 Cascade West Parkway SE
Suite 100
Grand Rapids, MI 49546

Invoice submitted to:
Comfort Suites Lakeside

June 30, 2013

In Reference To:Shah
Comfort Suites Lakeside, Houghton Lake

Invoice # 12039

Additional Charges :

| | | Qty/Price | Amount |
|---|---|---|---|
| 6/1/2013 SKM | Monthly Management Fee | 1 | 5,212.66 |
| | June Management Fee | 5,212.66 | |
| | 5% * $104,253.14 (gross revenue) = $5,212.66 | | |

| | | |
|---|---|---|
| **Total additional charges** | | **$5,212.66** |
| **For professional services rendered** | 0.00 | **$5,212.66** |
| **Previous balance** | | **$19,413.28** |
| Balance due | | $24,625.94 |

## Keller & Almassian, PLC

Attorneys and Counselors at Law
2810 East Beltline Lane N.E.
Grand Rapids, Michigan 49525
(616) 364-2100
FIN 38-3443880

Resp: MDA
Orig:
Fee Type: H  Freq: I
Client ID: REC

Dan Yeomans
Amicus Management
555 Cascade West Parkway
Grand Rapids, MI  49546

July 1, 2013

## I N V O I C E

Our File        8536-2
Amicus Management-National Republic
Bank/Houghton Lake Hotels, LLC

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 528364 | 06/04/13 | BMW | Review April 2013 Receiver Report. Finalize Declaration and file with Bankruptcy Court via ECF for Comfort Suites & Comfort Inn. | 0.80 | 200.00 | 160.00 |
| 529369 | 06/13/13 | MDA | Discussion with client regarding insurance coverage for hotels.  Receive updated insurance information.  Update Trustee's counsel. | 0.60 | 250.00 | 150.00 |
| 529509 | 06/14/13 | MDA | Discuss with client regarding insurance renewal, receive Notice of State Tax Lien; Discussion with Michigan Treasury Collections regarding real property claim. | 0.90 | 250.00 | 225.00 |
| 530472 | 06/21/13 | MDA | Call from Trustee's counsel regarding Show Cause Hearing; Receive and review Receiver's May Report, discuss liquor license issues with Trustee's counsel. | 0.80 | 250.00 | 200.00 |
| 530630 | 06/25/13 | MDA | Discuss with client regarding Motion to Approve fees; Review Receiver accounting information for March - May. | 0.40 | 250.00 | 100.00 |
| 530880 | 06/25/13 | BMW | Review may 2013 Receiver's report for Comfort Inn. Prepare Declaration and file with the Court via ECf. | 0.70 | 200.00 | 140.00 |

| 530887 | 06/26/13 | BMW | Obtain and organize outstanding fees and expenses for Receiver and counsel. Draft second Motion for Approval of Fees and Expenses for Houghton Lake Hotels LLC, Comfort Suites. Will update once May 2013 Report received. | 2.20 | 200.00 | 440.00 |
|---|---|---|---|---|---|---|
| 531015 | 06/26/13 | MDA | Receive and review Stipulation to Adjourn hearing on Motion to Compel. | 0.20 | 250.00 | 50.00 |
| 531114 | 06/28/13 | BMW | Receipt and review of May 2013 Receiver Report for Comfort Suites. Update Comfort Suites motion for approval of fees and expenses. Draft motion for for approval of fees and expenses for Comfort Inn. Organize motions and exhibits. Prepare documents to be sent to the Bank and Trustee on Monday | 3.20 | 200.00 | 640.00 |

|  | **Total Hours and Fees** | | 9.80 | | | 2,105.00 |
|---|---|---|---|---|---|---|
|  | Total this Invoice | | | | | 2,105.00 |

| Fee Summary | Hours | Rate | Amount |
|---|---|---|---|
| Ben M. White | 6.90 | 200.00 | 1,380.00 |
| Michael D. Almassian | 2.90 | 250.00 | 725.00 |
| Total Fees | 9.80 | | 2,105.00 |

| 05/31/13 | Previous Balance | 6,177.75 |
|---|---|---|
|  | Total this Invoice | 2,105.00 |
|  | New Balance | 8,282.75 |

| Last Pay Date | 04/08/2013 | 28012.64 |
|---|---|---|