UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
Houghton Lake Hotels LLC       Case No. 12-21590-DSO
                               Chapter 7
                               HON. DANIEL S. OPPERMAN
              Debtor.

## NOTIFICATION OF ASSETS AND REQUEST TO SET CLAIMS BAR DATE

TO: CLERK OF THE COURT

NOW COMES the Chapter 7 Trustee, Daniel C. Himmelspach, and give Notice that there are assets in this bankruptcy estate which be liquidated for payment to unsecured creditors. The original Notice of Commencement in this matter did not provide a Claims Bar Date or instruct creditors to file a Proof of Claim.

Based on the foregoing, it is the request of the Chapter 7 Trustee that the clerk's Office do the following:

1. Set a Claims Bar Date;

2. Send Notice to all creditors of the Claims Bar Date and instruct them to file a Proof of Claim.

                               Respectfully submitted,

Date: October 2, 2014          **/s/ DANIEL C. HIMMELSPACH**
                               DANIEL C. HIMMELSPACH
                               Chapter 7 Trustee and Attorney

Prepared by:
Daniel C. Himmelspach (P31950)
Attorney at Law
916 Washington
Suite 305
Bay City, MI 48708
Telephone: (989) 892-0400
Email: trusteehimmelspach@gmail.com