Form nttfclm

111 First Street
Bay City, MI 48708

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **12−21590−dob**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Houghton Lake Hotels LLC
   dba Comfort Suites
   100 Clearview Dr
   Houghton Lake, MI 48629

Social Security No.:

Employer's Tax I.D. No.:
   20−4750943

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

### December 31, 2014

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**

Dated: 10/3/14

                                                            BY THE COURT

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                    Case No. 12-21590-dob
Houghton Lake Hotels LLC,                                                 Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0645-1         User: cmars                 Page 1 of 2                 Date Rcvd: Oct 03, 2014
                             Form ID: ntctfclm           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2014.
21480896       +Bill Schuette, Attorney General,   Moe Freedman, Assistant Attorney General,
                 Cadillac Place, Ste. 10-200,   3030 W. Grand Blvd.,   Detroit, MI 48202-6030
21469517       +Choice Hotels International, Inc.,    C/O Baker Donelson Bearman,   Caldwell & Berkowitz, PC,
                 Attn: Bill Bensinger,   420 20th St. North, Ste 1400,    Birmingham, Alabama 35203-3221
21144780       +Crawford County Avalanche,   PO Box 490,   Grayling, MI 49738-0490
21144781       +Dow Jones & Company,   POP Box 7001,   Chicopee, MA 01021-7001
21144782       +Edward Loucks,   803 Otsego Drive,   Gaylord, MI 49735-1724
21144783       +Enviro-Brite Solutions, LLC,   5606 F-41,   Oscoda, MI 48750-8611
21471364       +Houghton Lake Area Tourism & Convention Bureau,    C/O Jay M. Berger (P57663),   Clark Hill PLC,
                 500 Woodward Avenue, Suite 3500,   Detroit, MI 48226-3435
21144784       +Houghton Lake Sewer Authority,   PO Box 8,   Houghton Lake, MI 48629-0008
21144786       +JC General Contractors,   5676 E M55,   Cadillac, MI 49601-8466
21144787       +Lake Township,   PO Box 536,   1380 N. Michelson,   Houghton Lake, MI 48629-0536
21144788       +Michigan Department of Natural Resources,   PO Box 30657,   Lansing, MI 48909-8157
21144789       +Milestone Internet Marketing, Inc.,    3001 Oakmead Village Drvie,   Santa Clara, CA 95051-0811
21144790       +National Republic Bank of Chicago,   1201 W. Harrison St.,    Chicago, IL 60607-3329
21144791        Otis Elevator Company,   2290 Midfield Dr,   Detroit, MI 48242
21144792       +Roscommon County,   500 Lake,   Roscommon, MI 48653-7690
21144793       +Sohn Supply,   115 Beech St.,   Houghton Lake, MI 48629-9700
21144795       +Stay Connected, Inc.,   PO Box 782,   Gaylord, MI 49734-0782
21144796       +Sysco Guest Supply, Inc.,   4301 US Hwy One,   Monmouth Junction, NJ 08852-1973
21144797       +Universal Advertising Associates, Inc.,    PO Box 31132,   Cincinnati, OH 45231-0132
21144798       +Waste Management,   48797 Alpha Drive,   Wixom, MI 48393-3453
21443008       +Waste Management,   2625 W Grandview Rd., Ste 150,    Phoenix, AZ 85023-3109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21144779        E-mail/Text: bankruptcy_notices@cmsenergy.com Oct 03 2014 22:15:50     CONSUMERS ENERGY,
                 P.O. Box 30079,   Lansing, MI 48937-0001
21144777       +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Oct 03 2014 22:26:18     Charter Communications,
                 1265 John Hammons Dr,    #100,   Madison, WI 53717-1936
21144778       +E-mail/Text: eliza_ballin@choicehotels.com Oct 03 2014 22:16:15     Choice Hotels International,
                 10750 Columbia Pike,   Silver Spring, MD 20901-4402
21144785        EDI: IRS.COM Oct 03 2014 22:18:00     Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
21470758       +E-mail/Text: rayr1@michigan.gov Oct 03 2014 22:16:06     Michigan Department of Treasury,
                 Bankruptcy Unit,   PO Box 30168,   Lansing, MI 48909-7668,   Phone - 517-241-5002
21816067       +E-mail/Text: ustpregion09.de.ecf@usdoj.gov Oct 03 2014 22:15:31
                 Office of the United States Trustee,   211 West Fort Street,   Suite 700,
                 Detroit, Michigan 48226-3263,   Attn: Quarterly Fee Coordinator
21144794       +E-mail/Text: rayr1@michigan.gov Oct 03 2014 22:16:06     State of Michigan,
                 Department of Treasury,   PO Box 30168,   Lansing, MI 48909-7668
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dbpos          ##+Houghton Lake Hotels LLC,   100 Clearview Dr,   Houghton Lake, MI 48629-9659
21144776       ##+Auto Chlor,   3850 44th St SE,   Grand Rapids, MI 49512-3944
                                                                                             TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2014                                 Signature:  /s/Joseph Speetjens
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2014 at the address(es) listed below:

              Ariel Weissberg    on behalf of Creditor   National Republic Bank of Chicago
               ariel@weissberglaw.com,
               mike@weissberglaw.com;hava@weissberglaw.com;kwhite@nrbchicago.com;president@nrbchicago.com
              Benjamin M. White    on behalf of Other Professional    Amicus Management, Inc. bwhite@kalawgr.com
              Benjamin M. White    on behalf of Debtor In Possession    Houghton Lake Hotels LLC,
               bwhite@kalawgr.com
              Daniel Himmelspach    trusteehimmelspach@gmail.com,    dh@trustesolutions.net
              Henry L. Knier, Jr.    on behalf of Trustee Daniel Himmelspach bankruptcy@smpklaw.com
              John M. Roels    on behalf of Creditor    National Republic Bank of Chicago roels@wuattorneys.com,
               remijn@wuattorneys.com
              Kenneth W. Kable    on behalf of Interested Party    Braun Kendrick Finkbeiner, P.L.C.
               kenkab@braunkendrick.com,   aijhal@braunkendrick.com
              Michael David Almassian    on behalf of Other Professional    Amicus Management, Inc.
               malmassian@kalawgr.com,   cmclemore@kalawgr.com;bwhite@kalawgr.com
              William L. Carey    on behalf of Debtor In Possession    Houghton Lake Hotels LLC,
               wcarey@carey-jaskowski.com,   rachel@carey-jaskowski.com
                                                                                             TOTAL: 9